# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-8512**                                   **September Term, 2015**

**15-BS-477**

**Filed On: October 5, 2015** [1576517]

In re: Phillip Craig Zane,

        Respondent

## **O R D E R**

Upon consideration of an order issued by the District of Columbia Court of Appeals on July 21, 2015, which states that Phillip C. Zane was suspended from the practice of law by that court, and it appearing that Phillip C. Zane is respondent, Phillip Craig Zane, who was admitted to the bar of this court on December 15, 2011 under number 53830, it is

**ORDERED**, on the court's own motion, that respondent show cause by November 4, 2015, why the imposition of identical discipline by this court would be unwarranted. *See* Rule IV (a) & (c) of the Rules of Disciplinary Enforcement for the United States Court of Appeals for the District of Columbia Circuit. The response to the order to show cause may not exceed 20 pages.

The Clerk is directed to send a copy of this order to respondent, along with a copy of the order from the District of Columbia Court of Appeals, by certified mail, return receipt requested, and by first class mail.

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                             BY:     /s/
                                                        Robert J. Cavello
                                                        Deputy Clerk

Attachment:
        A copy of the order from the District of Columbia Court of Appeals is attached.